IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GERALD RAIDER,<br><br>    Plaintiff,<br><br>v.<br><br>STATE FARM LLOYDS,<br><br>    Defendant. | No. 3:17-CV-01272-M |

## ORDER

Before the Court is Defendant's Agreed Motion to Abate Case [ECF No. 16]. The parties seek to stay the case pending the outcome of an appraisal. The Motion is **GRANTED**. Plaintiff's claims against Defendant are stayed. The parties are directed to advise the Court, in writing, within fifteen days of the resolution of the appraisal.

The Court's August 21, 2017, Scheduling Order is **VACATED**. The Court will issue an Amended Scheduling Order, if necessary, after the resolution of the appraisal. The Clerk is directed to administratively close this case.

**SO ORDERED.**

October 23, 2017.

_____
**BARBARA M. G. LYNN
CHIEF JUDGE**