IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **GERALD RAIDER** § | |
| § | |
| **v.** § | **CIVIL ACTION NO. 3:17-cv-01272-M** |
| § | **JURY** |
| **STATE FARM LLOYDS** § | |

## JOINT MOTION TO DISMISS

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW Gerald Raider, Plaintiff, and State Farm Lloyds, Defendant in the above-captioned and numbered cause, and hereby file this Agreed Motion to Dismiss and in support thereof would show the Court as follows:

I.

This matter between Plaintiff and State Farm Lloyds has been resolved. Therefore, the parties request the Court dismiss this case. An Agreed Order of Dismissal will be filed concurrently with this Motion.

II.

In this regard, the parties request the Court's Order direct all recoverable court costs be paid by the party incurring same.

WHEREFORE, PREMISES CONSIDERED, the parties pray that the Court dismiss this action and further pray the Court order all court costs be paid by the party incurring same.

**JOINT MOTION TO DISMISS** - Page 1

Respectfully submitted,

**MCCLENNY MOSELEY & ASSOCIATES, PLLC**

By:    /s/   Sean Patterson
      SEAN PATTERSON
      Texas State Bar No.
      Sean@mma-pllc.com

411 N. Sam Houston Parkway E., Suite 200
Houston, Texas 77060
Telephone:   (713) 334-6121
Fax:   (713) 322-5953

**ATTORNEY FOR PLAINTIFF**


**THE LAW OFFICE OF ARMANDO DE DIEGO, P.C.**


By:    /s/   Armando De Diego
      ARMANDO DE DIEGO
      State Bar No. 05635400
      Email: adediego@dediego.com

      HARVEY G. JOSEPH
      State Bar No. 11027850
      Email: hjoseph@dediego.com

1201 Griffin St W
Dallas, Texas 75215-1030
Telephone:   (214) 426-1220
Facsimile:   (214) 426-1246

**ATTORNEYS FOR DEFENDANT, STATE FARM LLOYDS**