IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GERALD RAIDER, | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 3:17-cv-01272-M |
| STATE FARM LLOYDS, | § § § | |
| Defendant. | § | |

## ORDER

Before the Court is the Joint Motion to Dismiss. (ECF No. 28). The Motion is **GRANTED**. This case is **DISMISSED WITH PREJUDICE**. All costs and fees are to be paid by the party incurring the same.

**SO ORDERED**.

March 26, 2019.

_____
BARBARA M. G. LYNN
CHIEF JUDGE